# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| AWOT NEGASH, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:19-cv-00951-LSC-SGC |
| JONATHON HORTON, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On July 26, 2019, the magistrate judge entered a report recommending this action be dismissed. (Doc. 8). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received. After careful consideration of the record in this case, including the magistrate judge's report, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** the recommendation. Accordingly, the claims presented in this matter are due to be dismissed. A separate order will be entered.

**DONE** AND **ORDERED** ON AUGUST 19, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704